IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | CIVIL ACTION NO. |
| R&K ENTERPRISE SOLUTIONS, | ) | |
| JC CONNORS, and STEVEN | ) | 3:23-CV-1371-G-BN |
| PICKEL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 19, 2024,* the court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the court.

**IT IS**, **THEREFORE**, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.  Accordingly, it is **FURTHER ORDERED** that the plaintiff may file an amended complaint to replead

---

* No objections were filed.

those claims dismissed *without prejudice*, if he can, no later than **September 11, 2024**. If the plaintiff fails to do so, any of these claims that he does not replead will be dismissed with prejudice without further notice.

    **SO ORDERED**.

August 21, 2024.

                                    */s/ A. Joe Fish*
                                **A. JOE FISH**
                                **Senior United States District Judge**